# LAW OFFICE OF VICTOR J MOLINA

930 Grand Concourse, Suite 1A
Bronx, New York 10451
ADMITTED IN N.Y. & N.J.

Tel. (718) 401-1600
Fax (718) 401-1611
EMAIL: V.J.MOLINA@VERIZON.NET

January 8, 2019

**Via Electronic Case Filing**
The Hon. Kevin Nathaniel Fox
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/9/19

By ECF Filing

Re: *TOXQUI v. LA PERLA MIXTECA RESTAURANT CORP., et al,*
*Civil Action No.: 18 CV 4692 (JMF) (KNF)*

Dear Judge Fox:

Defense counsel are unable to produce the client on the conference date January 10, 2019.

I have conferred with Plaintiff's counsel and we both agree that it would be better for the parties to proceed with discovery at this point than to engage in a settlement conference or set a new date. Counsel informs me that she will send out discovery demands tomorrow and I will do the same.

I respectfully request that the settlement conference be cancelled at this time, on consent of opposing counsel

I apologize for the belated request and failure to comply with the conference rules.

Sincerely,

/S/
Benjamin Sharav, Esq.
Law Office of Victor J. Molina

Cc:
Lina Marcela Franco
Lina Franco Law P.C.
42 Broadway, 12th Floor
New York, NY 00000 800-633-5620
Email: Lina@LinaFranco.com
Attorneys for Plaintiffs

1/9/19
Application granted.

SO ORDERED:

Kevin Nathaniel Fox
Hon. Kevin Nathaniel Fox
United States Magistrate Judge